IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,           No. CIV S-09-0154 KJM P

   vs.

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al.,

        Defendants.        ORDER
_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. He has consented to this court's jurisdiction.

        On July 13, 2009 this court denied plaintiff's request for the appointment of counsel. On July 27, 2009, plaintiff filed a motion for reconsideration of that order.

        Under Local Rule 78-230(k), a party seeking reconsideration of an order must demonstrate "what new or different facts or circumstances are claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion" and "why the facts or circumstances were not shown at the time of the prior motion." "Whether or not to grant reconsideration is committed to the sound discretion of the court." Navajo Nation v. Confederated Tribes & Bands of the Yakima Indian Nation, 331 F.3d 1041, 1046 (9th Cir. 2003).

        Plaintiff has not complied with this court's local rules and has not demonstrated why this court should exercise its discretion to grant his motion for reconsideration.

/////

1    IT IS THEREFORE ORDERED that plaintiff's motion for reconsideration
2 (docket no. 15) is denied.
3 DATED: August 4, 2009.

_____
U.S. MAGISTRATE JUDGE

5 2/aidn154.recon