IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

        Plaintiff,                    No. CIV S-09-0154 KJM P

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

        Defendant.           <u>ORDER</u>

/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  He alleges that defendant Nabil F. Athanassious violated his Eighth Amendment rights because in the aftermath of Dr. Athanassious' repair of plaintiff's hernia, plaintiff has been in pain and been unable to achieve an erection.  The court did not find service appropriate for any other defendants.

        Plaintiff has filed a motion for a preliminary injunction, asking for an order directing prison authorities to arrange for a consultation with an outside surgeon.  He attaches a copy of a report of just such a consultation, with a Dr. Edward Chough at Queen of the Valley Hospital in Napa.  Dr. Chough does not address the bladder pain plaintiff describes in the motion, but does note that hernia repair does not involve the nerves involved in achieving an erection.

1  First, plaintiff seeks injunctive relief against individuals who are not named as
2  defendants in this action. Nothing in the pleadings or other documents before the court suggests
3  that defendant Athanassious has any authority over the decision to send plaintiff for an outside
4  consultation. This court is unable to issue an order against individuals who are not parties to a
5  suit pending before it. See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112
6  (1969).

7  Second, it does not appear that plaintiff made a sufficient showing for the
8  issuance of a preliminary injunction. When a party seeks a mandatory injunction, which "goes
9  well beyond simply maintaining the status quo" and directs a party to behave in a certain
10 manner, the party seeking injunctive relief must show that the facts and the law clearly favor his
11 position. Stanley v. University of Southern California, 13 F.3d 1313, 1320 (9th Cir. 1994)
12 (internal citation & quotation omitted). Plaintiff's exhibit, the report from Dr. Clough,
13 undercuts plaintiff's showing, for Dr. Clough says, in essence, that plaintiff's erectile problems
14 have nothing to do with his hernia surgery. Plaintiff has not shown that the facts clearly favor
15 his position.

16  IT IS THEREFORE ORDERED that:

17  1. Plaintiff's motion for injunctive relief (docket no. 17) is denied; and

18  2. The Clerk of the Court is directed to send the consent/reassignment form
19 contemplated by Appendix A(k) to the Local Rules of this court to counsel for the defendant.
20 DATED: October 13, 2009.

_____
U.S. MAGISTRATE JUDGE

2

aidn0154.tro

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26