IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF C. AIDNIK,

       Plaintiff,                    No. CIV S-09-154 FCD KJM P

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

       Defendants.            <u>ORDER</u>

/

       Defendant has asked that the dates for filing pretrial statements be vacated in light of the pending motion for summary judgment.

       Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendant's motion to modify the scheduling order (docket no. 41) is granted; and

       2. Dates for filing pretrial statements will be set, if necessary, following resolution of the pending motion for summary judgment.

DATED: August 9, 2010.

                                            U.S. MAGISTRATE JUDGE

2/aidi0154.ord